SUM (1/12/15) pjk

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

May 22, 2015

Clerk, U.S. Bankruptcy Court

BY **pjk** DEPUTY

## UNITED STATES BANKRUPTCY COURT
### District of Oregon

In re  
**Henrik Norremark**  
    Debtor(s)

**Free Breeze Energy Systems, Ltd.**  
    Plaintiff(s)

v.

**Henrik Norremark**  
    Defendant(s)

Case No. 14–35766–rld7

**(NOTE: ALL DOCUMENTS REGARDING THIS MATTER MUST BE IDENTIFIED BY *BOTH* ADVERSARY AND BANKRUPTCY CASE NUMBERS)**

Adv. Proc. No. 15–03081–rld

### ADVERSARY PROCEEDING SUMMONS AND NOTICE OF PRE–TRIAL CONFERENCE

To the defendant(s) named in the attached complaint:

You are hereby summoned and required to serve upon JAMES P LAURICK, plaintiff's attorney, whose address is 732 NW 19th Ave, Portland, OR 97209, either a motion or an answer to the attached complaint which is now served upon you. If you elect to respond first by motion, as you may pursuant to Fed. R. Bankr. P. 7012, that rule governs the time within which your answer must be served. Otherwise, you are required to serve your answer upon the plaintiff's attorney (or upon plaintiff if plaintiff is not represented by counsel) within 30 days of the date of issuance of this summons by the clerk, except that the United States or an office or agency thereof shall serve an answer to the complaint within 35 days after the date of issuance of the summons.

The motion or answer served by you must be filed with the Clerk of Court, 1001 SW 5th Ave #700, Portland, OR 97204, either before service or within a reasonable time after service. IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT, AND JUDGMENT BY DEFAULT OR ANY OTHER APPROPRIATE ACTION CONSISTENT WITH THE PLEADINGS MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

### * * * IMPORTANT – SEE NEXT PAGE FOR FURTHER INFORMATION * * *

Adversary Proceeding No. 15−03081−rld

**NOTICE IS GIVEN THAT:**

1. A PRE−TRIAL CONFERENCE WITH RESPECT TO THIS COMPLAINT HAS BEEN SET FOR A **TELEPHONE HEARING** to be **HELD AT 10:00 AM ON 7/7/15.**

    Call in Number: (888) 684−8852     Access Code 5870400

2. Each participant must also comply with each hearing requirement listed on the back of, or attached to, this notice. [Note: If you have problems connecting, call the court at (503) 326−1500 or (541) 431−4000.]

YOU ARE FURTHER NOTIFIED that if you have any questions, you should see your attorney immediately. If you do not have an attorney and need help in finding one, you may call the Oregon State Bar's Lawyer Referral Service at (503) 684−3763 or toll−free in Oregon at (800) 452−7636.

/s/ Charlene M Hiss
Clerk, U.S. Bankruptcy Court

Date of issuance: 5/22/15



**TELEPHONE HEARING REQUIREMENTS**

a. You must call in and connect to the telephone hearing line or personally appear in the judge's courtroom no later than the hearing time above. The court will not call you.

b. You may be asked to call again from another phone if your connection is weak or creates static or disruptive noise.

c. Please mute your phone when you are not speaking. If you do not have a mute function on your phone, press *6 to mute and *6 again to unmute if you need to speak. Do not put the court on hold if it will result in music or other noise. If available, set the phone to "Do Not Disturb" so it will not ring during the hearing.

d. When it is time for you to speak, take your phone off the "speaker" option to minimize background noise. Position the telephone to minimize paper rustling. Do not use a keyboard or talk with others in the room. Be aware that telephone hearings may be amplified throughout the courtroom.

e. Do not announce your presence until the court calls your case. Simply stay on the line, even if there is only silence, until the judge starts the hearings, and then continue to listen quietly until your case is called.

f. Whenever speaking, first identify yourself.

g. Be on time. The judge may handle late calls the same as a late appearance in the courtroom.

Clerk, U.S. Bankruptcy Court
* * * **IMPORTANT − SEE NEXT PAGE FOR FURTHER INFORMATION** * * *

**CERTIFICATION OF SERVICE**
Adversary Proceeding No. 15−03081−rld

I, _____
(name)

of _____
(mailing address)

certify under penalty of perjury:

    That I am, and at all times hereinafter mentioned was, more than 18 years of age;

    That on _____ (date), I served a copy of the within summons, together with the complaint filed in this proceeding, on:


the defendant in this proceeding, by (describe here the mode of service):


on the said defendant at:



Executed on _____      _____
              (date)                                    (signature)