1  **James P. Laurick, OSB # 821530**
   **jlaurick@kilmerlaw.com**
2  **Alisa D. Hardy, OSB # 105886**
   **ahardy@kilmerlaw.com**
3  Kilmer, Voorhees & Laurick, P.C.
   Attorneys at Law
4  732 N.W. 19th Avenue
   Portland, Oregon 97209-1302
5  Telephone: (503) 224-0055
   Fax: (503) 222-5290
6
   OF ATTORNEYS FOR FREE BREEZE
7  ENERGY SYSTEMS, LTD.

8

9

10

11                 UNITED STATES BANKRUPTCY COURT

12                      DISTRICT OF OREGON

13  In re:                              | Case No. 14-35766-RLD7

14  HENRIK NORREMARK,                   | Adv. Proc. No. 15-03081

15              Debtor,                 | Chapter 7

16  FREE BREEZE ENERGY SYSTEMS,         | **CERTIFICATE OF SERVICE OF**
    LTD.,                               | **SUMMONS**
17
                Plaintiff,
18
    HENRIK NORREMARK,
19
                Defendant.
20

21         I, Alisa D. Hardy, of Kilmer, Voorhees & Laurick, P.C., 732 NW 19th Avenue, Portland,

22  OR 97209, certify under penalty of perjury; that I am, and at all times hereinafter mentioned was,

23  more than 18 years of age; that on May 26, 2015, I served a copy of the within Summons,

24  together with the Complaint filed in this proceeding, on debtor-defendant Henrik Norremark,

25  1830 NW Riverscape Street, #403, Portland, OR 97209, by First Class Mail and Certified Mail-

26  Return Receipt Requested, and on defendant/debtor's attorney of record, Ted A. Troutman, OSB

   Page 1 - CERTIFICATE OF SERVICE OF SUMMONS

KILMER, VOORHEES & LAURICK, P.C.
A PROFESSIONAL CORPORATION
732 N.W. 19TH AVENUE
PORTLAND, OREGON 97209-1302
(503) 224-0055 - FAX (503) 222-5290

1    No. 844470, Troutman Law Firm, PC, 5075 SW Griffith Dr., Ste. 220, Beaverton, OR 97005, by

2    First Class Mail.

3       DATED this 3rd day of June, 2015.

4                KILMER, VOORHEES & LAURICK, P.C.

5

6            */s/ Alisa D. Hardy*
           James P. Laurick, OSB # 821530
7            jlaurick@kilmerlaw.com
           Alisa D. Hardy, OSB # 105886
8            ahardy@kilmerlaw.com
           Phone No.:  503-224-0055
9            Fax No.:  503-222-5290
           Of Attorneys for Free Breeze Energy Systems, Ltd.
10           I:\10219\0001\Pleadings - Adversary\Certificate of Service of Summons.doc

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Page 2 - CERTIFICATE OF SERVICE OF SUMMONS

KILMER, VOORHEES & LAURICK, P.C.
A PROFESSIONAL CORPORATION
732 N.W. 19TH AVENUE
PORTLAND, OREGON  97209-1302
(503) 224-0055 - FAX (503) 222-5290

<u>**CERTIFICATE OF SERVICE**</u>

1

2  I certify that on this 3rd day of June, 2015, the foregoing CERTIFICATE OF SERVICE

3  OF SUMMONS will be served in accordance with the Court's CM/ECF system which will send

4  notification of such filing by notice via email to the ECF participants of record a true copy of the

5  foregoing document, and was also served on the following by [ ] hand delivery [ ] overnight

6  delivery [ ] fax [X] email [X] mailing by depositing with the U.S. mail in Portland, Oregon,

7  enclosed in a sealed envelope with first class postage prepaid.  Addressed as follows:

8      Ted A. Troutman, OSB # 844470
       Troutman Law Firm, PC
9      5075 SW Griffith Dr., Ste. 220
       Beaverton, OR 97005
10     Phone: (503) 292-6788
       Fax: (503) 596-2371
11     Email: tedtroutman@sbcglobal.net
              Of Attorneys for Debtor Henrik Norremark

12

13                     KILMER, VOORHEES & LAURICK, P.C.

14

15                     */s/ Alisa D. Hardy*_____
16                     James P. Laurick, OSB # 821530
                       jlaurick@kilmerlaw.com
17                     Alisa D. Hardy, OSB # 105886
                       ahardy@kilmerlaw.com
18                     Of Attorneys for Free Breeze Energy Systems, Ltd.

19

20

21

22

23

24

25

26

Page 1 - CERTIFICATE OF SERVICE

KILMER, VOORHEES & LAURICK, P.C.
A PROFESSIONAL CORPORATION
732 N.W. 19TH AVENUE
PORTLAND, OREGON  97209-1302
(503) 224-0055 · FAX (503) 222-5290

Case 15-03081-rld    Doc 4    Filed 06/03/15

# UNITED STATES BANKRUPTCY COURT
## District of Oregon

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

May 22, 2015

Clerk, U.S. Bankruptcy Court

BY **pjk** DEPUTY

In re
  **Henrik Norremark**

                   Debtor(s)

**Free Breeze Energy Systems, Ltd.**
                   Plaintiff(s)

                   v.

**Henrik Norremark**
                   Defendant(s)

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 14–35766–rld7

**(NOTE: ALL DOCUMENTS REGARDING THIS MATTER MUST BE IDENTIFIED BY *BOTH* ADVERSARY AND BANKRUPTCY CASE NUMBERS)**

Adv. Proc. No. 15–03081–rld

### ADVERSARY PROCEEDING SUMMONS AND NOTICE OF PRE–TRIAL CONFERENCE

To the defendant(s) named in the attached complaint:

You are hereby summoned and required to serve upon JAMES P LAURICK, plaintiff's attorney, whose address is 732 NW 19th Ave, Portland, OR 97209, either a motion or an answer to the attached complaint which is now served upon you. If you elect to respond first by motion, as you may pursuant to Fed. R. Bankr. P. 7012, that rule governs the time within which your answer must be served. Otherwise, you are required to serve your answer upon the plaintiff's attorney (or upon plaintiff if plaintiff is not represented by counsel) within 30 days of the date of issuance of this summons by the clerk, except that the United States or an office or agency thereof shall serve an answer to the complaint within 35 days after the date of issuance of the summons.

The motion or answer served by you must be filed with the Clerk of Court, 1001 SW 5th Ave #700, Portland, OR 97204, either before service or within a reasonable time after service. IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT, AND JUDGMENT BY DEFAULT OR ANY OTHER APPROPRIATE ACTION CONSISTENT WITH THE PLEADINGS MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

### * * * IMPORTANT – SEE NEXT PAGE FOR FURTHER INFORMATION * * *