Troutman Law Firm PC
5075 SW Griffith Dr., Suite 220
Beaverton, OR 97005
(503) 292-6788
(503) 596-2371 fax
Ted A. Troutman, OSB #844470

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>HENRIK NORREMARK,<br><br>Debtor.<br><br>FREE BREEZE ENERGY SYSTEMS, LTD,<br><br>Plaintiff,<br><br>HENRIK NORREMARK,<br><br>Defendant. | Case No. 14-63530-fra11<br><br>Adversary Case No. 15-03081-rld<br><br>**MOTION TO EXTEND TIME TO FILE ANSWER IN ADVERSARY COMPLAINT** |

Defendant, Henrik Norremark, by and through his attorney, Ted A. Troutman, moves the court for an order extending the deadline to file an Answer to the Adversary Complaint until July 1, 2015. The basis for the Motion is that Debtor's attorney is still working on the Answer. The opposing counsel has no objection to the extension.

Presented By:

June 19, 2015                     /s/ Ted A. Troutman
Date                              Ted A. Troutman, OSB#844470
                                  Attorney for Defendant

Page 1 of 1 – MOTION TO EXTEND DEADLINE TO FILE PLAN & DISCLOSURE

Ted A. Troutman
TROUTMAN LAW FIRM, PC
5075 SW Griffith Dr., Ste 220
Beaverton, OR 97006
503-292-6788 TEL
503-596-2371 FAX
tedtroutman@sbcglobal.net

Ted A. Troutman, OSB #844470
Troutman Law Firm
5075 SW Griffith Dr., Suite 220
Beaverton, OR 97005
(503) 292-6788
tedtroutman@sbcglobal.net

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In Re<br>**Henrik Norremark,** | ) Adversary Case No. 15-03081-rld<br>)<br>)<br>) **CERTIFICATE OF SERVICE**<br>) |

I, Lisette Barajas, Declare as follow:

 I certify that on **June 19, 2015**, I served, by **first class mail**, a full and true copy of the foregoing **Motion to Extend Time to File Answer in Adversary Complaint and Certificate of Service** on the following by causing a copy thereof to be placed in a sealed envelope, postage prepaid, addressed as shown below, in the U.S. Mail at Beaverton, Oregon on the date indicated below:

**Henrik Norremark**
**1830 NW Riverscape St., Apt. 403**
**Portland OR 97209**

        Dated: **June 19, 2015**

        /s/ Lisette Barajas
        Lisette Barajas, Legal Assistant to
        Ted A. Troutman

Page 1 Certificate of Service