```
                         United States Bankruptcy Court
                              District of Oregon
Free Breeze Energy Systems, Ltd.,
         Plaintiff                                    Adv. Proc. No. 15-03081-rld
Norremark,
         Defendant
```

# CERTIFICATE OF NOTICE

```
District/off: 0979-3          User: pj                Page 1 of 1              Date Rcvd: Jun 19, 2015
                              Form ID: pdf018         Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 21, 2015.
dft          +Henrik Norremark,   1830 NW Riverscape St., Apt. 403,   Portland, OR 97209-1839

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust           +E-mail/Text: ustpregion18.pl.ecf@usdoj.gov Jun 20 2015 00:02:54     US Trustee, Portland,
               620 SW Main St #213,   Portland, OR 97205-3026
                                                                                               TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2015                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 19, 2015 at the address(es) listed below:
NONE.                                                                                          TOTAL: 0

Below is an Order of the Court.

_____
RANDALL L. DUNN
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>HENRIK NORREMARK,<br><br>　　　　　　　　Debtor.<br><br>FREE BREEZE ENERGY SYSTEMS, LTD,<br><br>　　　　　　　　Plaintiff,<br><br>HENRIK NORREMARK,<br><br>　　　　　　　　Defendant. | Case No.  14-35766-rld7<br><br>Adversary Case No. 15-03081-rld<br><br>**ORDER EXTENDING TIME TO FILE ANSWER IN ADVERSARY COMPLAINT** |

　　　Based upon the representation of Defendant's attorney, Ted A. Troutman, that Plaintiff's counsel has agreed to an extension of time to file an Answer until July 1, 2015.

IT IS HEREBY ORDERED that Defendant, Henrik Norremark, shall have through July 1, 2015 to file an Answer to the Adversary Complaint.

Page 1 of 2 – ORDER EXTENDING TIME TO FILE ANSWER IN ADVERSARY COMPLAINT

Ted A. Troutman
TROUTMAN LAW FIRM, PC
5075 SW Griffith Dr., Ste 220
Beaverton, OR 97006
503-292-6788 TEL
503-596-2371 FAX
tedtroutman@sbcglobal.net

Case 15-03081-rld    Doc 7    Filed 06/21/15

# # #

I certify that I have complied with the requirements of LBR 9021-1(a)(2)(A).


Prepared & Submitted by:

*/s/ Ted A. Troutman*

_____
Ted A. Troutman, OSB#844470
Attorney for Defendant

Page 2 of 2 – ORDER EXTENDING TIME TO FILE ANSWER IN ADVERSARY
COMPLAINT

Ted A. Troutman
TROUTMAN LAW FIRM, PC
5075 SW Griffith Dr., Ste 220
Beaverton, OR 97006
503-292-6788 TEL
503-596-2371 FAX
tedtroutman@sbcglobal.net

Case 15-03081-rld    Doc 7    Filed 06/21/15