Troutman Law Firm PC
5075 SW Griffith Dr., Suite 220
Beaverton, OR 97005
(503) 292-6788
(503) 596-2371 fax
Ted A. Troutman, OSB #844470

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>HENRIK NORREMARK,<br><br>     Debtor.<br><br>FREE BREEZE ENERGY SYSTEMS, LTD,<br><br>     Plaintiff,<br><br>HENRIK NORREMARK,<br><br>     Defendant. | Case No. 14-63530-fra11<br><br>Adversary Case No. 15-03081-rld<br><br>**ANSWER AND AFFIRMATIVE**<br><br>**DEFENSE TO COMPLAINT** |

Defendant, Henrik Norremark, admits, denies and alleges as follows:

1.   Admit.

2.   Admit.

3.   Admit.

4.   Admit.

5.   Admit.

6.   Admit.

7.   Admit.

Page 1 of 2 – ANSWER & AFFIRMATIVE DEFENSE TO COMPLAINT

Ted A. Troutman
TROUTMAN LAW FIRM, PC
5075 SW Griffith Dr, Ste 220
Beaverton, OR 97006
503-292-6788 TEL
503-596-2371 FAX
tedtroutman@sbcglobal.net

Case 15-03081-rld  Doc 8  Filed 07/01/15

8. Admit that Debtor requested a loan. Deny that Debtor misrepresented his employment status, or what funds were to be used for, or the source of repayment of the funds. Deny that Plaintiff was fired. Deny that Plaintiff was under investigation for embezzlement at the time of the loan or that the allegation is relevant to the claim.

9. Deny.

10. Deny.

11. Admit that the debt was not repaid.

### FIRST AFFIRMATIVE DEFENSE

12. Plaintiff has failed to state a claim upon which relief can be granted.

WHEREFORE having fully answered Plaintiff's Complaint Defendant requests that the Court dismiss the same.

Presented By:

July 1, 2015  /s/ Ted A. Troutman
Date  Ted A. Troutman, OSB#844470
Attorney for Defendant

Page 2 of 2 – ANSWER & AFFIRMATIVE DEFENSE TO COMPLAINT

Ted A. Troutman
TROUTMAN LAW FIRM, PC
5075 SW Griffith Dr., Ste 220
Beaverton, OR 97006
503-292-6788 TEL
503-596-2371 FAX
tedtroutman@sbcglobal.net

Case 15-03081-rld    Doc 8    Filed 07/01/15

Ted A. Troutman, OSB #844470
Troutman Law Firm
5075 SW Griffith Dr., Suite 220
Beaverton, OR 97005
(503) 292-6788
tedtroutman@sbcglobal.net

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF OREGON

In Re ) Adversary Case No. 15-03081-rld
**Henrik Norremark,** )
)
) **CERTIFICATE OF SERVICE**
)

I, Lisette Barajas, Declare as follow:

    I certify that on **July 1, 2015**, I served, by **first class mail**, a full and true copy of the foregoing **Answer and Affirmative Defense to Complaint and Certificate of Service** on the following by causing a copy thereof to be placed in a sealed envelope, postage prepaid, addressed as shown below, in the U.S. Mail at Beaverton, Oregon on the date indicated below:

**Henrik Norremark**
**1830 NW Riverscape St., Apt. 403**
**Portland OR 97209**

    Dated: **July 1, 2015**

    /s/ Lisette Barajas
    Lisette Barajas, Legal Assistant to
    Ted A. Troutman

Page 1 Certificate of Service