Troutman Law Firm PC
5075 SW Griffith Dr., Suite 220
Beaverton, OR 97005
(503) 292-6788
(503) 596-2371 fax
Ted A. Troutman, OSB #844470

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

| | |
|---|---|
| In re: | Case No. 14-35766-rld7 |
| HENRIK NORREMARK, | Adversary Case No. 15-03081-rld |
| Debtor. | |
| FREE BREEZE ENERGY SYSTEMS, LTD, | **ANSWER AND AFFIRMATIVE** |
| Plaintiff, | **DEFENSE TO COMPLAINT** |
| HENRIK NORREMARK, | |
| Defendant. | |

Defendant, Henrik Norremark, admits, denies and alleges as follows:

1.      Admit.

2.      Admit.

3.      Admit.

4.      Admit.

5.      Admit.

6.      Admit.

7.      Admit.

Page 1 of 2 – ANSWER & AFFIRMATIVE DEFENSE TO COMPLAINT

Ted A. Troutman
TROUTMAN LAW FIRM, PC
5075 SW Griffith Dr., Ste 220
Beaverton, OR 97006
503-292-6788 TEL
503-596-2371 FAX
tedtroutman@sbcglobal.net

8.        Admit that Debtor requested a loan. Deny that Debtor misrepresented

his employment status, or what funds were to be used for, or the source of

repayment of the funds. Deny that Plaintiff was fired. Deny that Plaintiff was

under investigation for embezzlement at the time of the loan or that the allegation

is relevant to the claim.

9.        Deny.

10.        Deny.

11.        Admit that the debt was not repaid.

## FIRST AFFIRMATIVE DEFENSE

12.        Plaintiff has failed to state a claim upon which relief can be granted.


        WHEREFORE having fully answered Plaintiff's Complaint Defendant

requests that the Court dismiss the same.

                                                        Presented By:


July 1, 2015                                        /s/ Ted A. Troutman
Date                                                Ted A. Troutman, OSB#844470
                                                    Attorney for Defendant

Ted A. Troutman
TROUTMAN LAW FIRM, PC
5075 SW Griffith Dr., Ste 220
Beaverton, OR 97006
503-292-6788 TEL
503-596-2371 FAX
tedtroutman@sbcglobal.net

Ted A. Troutman, OSB #844470
Troutman Law Firm
5075 SW Griffith Dr., Suite 220
Beaverton, OR 97005
(503) 292-6788
tedtroutman@sbcglobal.net

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In Re | ) Adversary Case No. 15-03081-rld |
| **Henrik Norremark,** | ) |
| | ) |
| | ) **CERTIFICATE OF SERVICE** |
| | ) |

I, Lisette Barajas, Declare as follow:

      I certify that on **July 1, 2015**, I served, by **first class mail**, a full and true copy of the foregoing **Answer and Affirmative Defense to Complaint and Certificate of Service** on the following by causing a copy thereof to be placed in a sealed envelope, postage prepaid, addressed as shown below, in the U.S. Mail at Beaverton, Oregon on the date indicated below:

**Henrik Norremark**
**1830 NW Riverscape St., Apt. 403**
**Portland OR 97209**

Dated: **July 1, 2015**

/s/ Lisette Barajas
Lisette Barajas, Legal Assistant to
Ted A. Troutman

Page 1 Certificate of Service