| | | |
|---|---|---|
| 07/07/2015 | TUESDAY | Judge Randall L. Dunn |
| 10:00  15-3081 rld ap | Free Breeze Energy Systems, Ltd. VS Norremark | |
| 14-35766 | Pretrial Conference | |

Free Breeze Energy Systems, Ltd. - JAMES P LAURICK ✓
Henrik Norremark - dft                         *Jed Troutman*

Evidentiary Hearing:    Yes: ☐    No: ☒

Court to enter Rule 26 Order
Discovery cut off on Monday, 11/9/15

Further PTC for Scheduling set on 11/17/15
@ 10:00am by telephone

Order to be prepared by: ☒ Clerk's Office  ☐ Chamber  ☐ _____

**OD3 - Dismissal Order**   (CRD)
  #1 _____ Settled _____ (21) days.
  #2 _____ to Prepare Judgement/order _____ (21) days.
  #3 _____ No answer _____ (21) days.

**OFRCP - Rule 26 Order**
  #1 _____ Planning Conf. by ___-___-___ / Conf. Report by ___-___-___.
  #2 _____ Planning Conf. by ___-___-___ / No report.
  #3 _____ Discovery can proceed.
  #4 _____ No Planning Conf./Initial disclosures by ___-___-___.
  #5 _____ Discovery limited to _____.

Docket Entry:

Run Date:    07/07/15