**Below is an order of the Court.**

*[signature]*

**U.S. Bankruptcy Judge**

OFRCP3 (9/13/13) gjd

**UNITED STATES BANKRUPTCY COURT
District of Oregon**

In re
  **Henrik Norremark**
    Debtor(s)

Case No. 14–35766–rld7

  **Free Breeze Energy Systems, Ltd.**
    Plaintiff(s)

Adv. Proc. No. 15–03081–rld

v.

  **Henrik Norremark**
    Defendant(s)

ORDER RE: APPLICATION OF FRCP 26

**IT IS ORDERED** that no discovery planning or discovery plan discussed in FRCP 26(f) is required and parties may seek discovery at any time permitted by FRCPs and LBRs as if the discovery conference had occurred. The disclosures required by FRCP 26(a)(1) are not required. The times for disclosures under FRCP 26(a)(2) and (3) shall be as specified in the rule unless otherwise provided in the court's scheduling order.

###