Below is an Order of the Court.

```
_____
       RANDALL L. DUNN
       U.S. Bankruptcy Judge
```

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

```
In Re:                              )
                                    ) Bankruptcy Case
HENRIK NORREMARK,                   ) No. 14-35766-rld7
                                    )
                Debtor.             )
_____)
                                    )
FREE BREEZE ENERGY SYSTEMS, LTD.,   )
                                    ) Adv. Proc. No. 15-3081-rld
                Plaintiff,          )
                                    )
        v.                          ) INITIAL SCHEDULING ORDER
                                    )
HENRIK NORREMARK,                   )
                                    )
                Defendant.          )
_____)
```

Pursuant to Fed. R. Civ. P. 16 made applicable by Fed. R. Bankr. P. 7016,

IT IS ORDERED that:

1. Discovery shall be completed by **Monday, November 9, 2015.**

2. A further pretrial conference to discuss scheduling and setting of a trial date is set for **10:00 a.m., on Tuesday, November 17, 2015,** by telephone. The parties shall call the court's Telephone Hearing

Page 1 - INITIAL SCHEDULING ORDER

Line at 888-684-8852, access code 5870400#, to be connected for the hearing or appear in Courtroom 3, U.S. Bankruptcy Court, 1001 S.W. 5th Avenue, 7th Floor, Portland, Oregon.

###

cc: James Laurick
    Ted Troutman

Page 2 - INITIAL SCHEDULING ORDER