United States Bankruptcy Court
District of Oregon

Free Breeze Energy Systems, Ltd.,
    Plaintiff

Adv. Proc. No. 15-03081-rld

Norremark,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0979-3     User: Admin.     Page 1 of 1     Date Rcvd: Nov 12, 2015
Form ID: pdf018     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2015.
dft       +Henrik Norremark,   1830 NW Riverscape St., Apt. 403,   Portland, OR 97209-1839

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust       +E-mail/Text: ustpregion18.pl.ecf@usdoj.gov Nov 13 2015 01:58:26     US Trustee, Portland,   620 SW Main St #213,   Portland, OR 97205-3026
                                                                                                          TOTAL: 1

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2015                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2015 at the address(es) listed below:
NONE.                                                                                                                                                                               TOTAL: 0

Below is an Order of the Court.

  RANDALL L. DUNN
  U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

```
In Re:                              )
                                    )  Bankruptcy Case
Henrik Norremark,                   )  No. 14-35766-rld7
                                    )
                 Debtor.            )
_____)
                                    )
Free Breeze Energy Systems, Ltd.,   )
                                    )  Adv. Proc. No. 15-3081-rld
                 Plaintiff,         )
                                    )  **AMENDED** INITIAL SCHEDULING ORDER
         v.                         )
                                    )
Henrik Norremark,                   )
                                    )
                 Defendant.         )
_____)
```

Pursuant to Fed. R. Civ. P. 16 made applicable by Fed. R. Bankr. P. 7016, and based upon Plaintiff's unopposed motion for an extension of deadlines (#15 on the docket),

IT IS ORDERED that:

1. Discovery shall be completed by **Monday, February 8, 2016.**

2. A further pretrial conference to discuss scheduling a setting of a trial date is set for **10:00 a.m., on Monday, February 29,**

Page 1 - **AMENDED** INITIAL SCHEDULING ORDER

**2016**, by telephone.  The parties shall call the court's Telephone Hearing Line at 888-684-8852, access code 5870400#, to be connected for the hearing or appear in Courtroom 3, U.S. Bankruptcy Court, 1001 S.W. 5th Avenue, 7th Floor, Portland, Oregon.

###

cc: James Laurick
Ted Troutman

Page 2 - **AMENDED** INITIAL SCHEDULING ORDER