```
                        United States Bankruptcy Court
                              District of Oregon
Free Breeze Energy Systems, Ltd.,
        Plaintiff                                          Adv. Proc. No. 15-03081-rld
Norremark,
        Defendant
                              CERTIFICATE OF NOTICE
District/off: 0979-3          User: Admin.           Page 1 of 1          Date Rcvd: Nov 20, 2015
                              Form ID: pdf018        Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 22, 2015.
dft            +Henrik Norremark,   1830 NW Riverscape St., Apt. 403,   Portland, OR 97209-1839

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust             +E-mail/Text: ustpregion18.pl.ecf@usdoj.gov Nov 21 2015 00:45:04      US Trustee, Portland,
                 620 SW Main St #213,   Portland, OR 97205-3026
                                                                                              TOTAL: 1

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 20, 2015 at the address(es) listed below:
NONE.                                                                                         TOTAL: 0

Below is an Order of the Court.

RANDALL L. DUNN
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF OREGON

| | |
|---|---|
| In re: | Case No. 14-35766-RLD7 |
| HENRIK NORREMARK, | Adv. Proc. No. 15-03081 |
| Debtor, | Chapter 7 |
| FREE BREEZE ENERGY SYSTEMS, LTD., | **ORDER REGARDING MOTION TO TAKE DEPOSITION BY WRITTEN QUESTION** |
| Plaintiff, | |
| HENRIK NORREMARK, | |
| Defendant. | |

Upon review of plaintiff Free Breeze Energy Systems, Ltd.'s ("Free Breeze") Motion to Take Deposition By Written Question,

IT IS HEREBY ORDERED that Christopher Buck appear for his deposition by written question.

///

///

Page 1 - ORDER REGARDING MOTION TO TAKE DEPOSITION BY WRITTEN QUESTION

KILMER, VOORHEES & LAURICK, P.C.
A PROFESSIONAL CORPORATION
732 N.W. 19TH AVENUE
PORTLAND, OREGON 97209-1302
(503) 224-0055 · FAX (503) 222-5290

| | |
|---|---|
| 1 | IT IS FURTHER ORDERED that service of the deposition by written question be made |
| 2 | on Christopher Buck via email at c.buck@alignfootwear.com and via regular U.S. Mail at 1830 |
| 3 | NW Riverscape Street, #403, Portland, Oregon 97209. |
| 4 | ### |
| 5 | I certify that I have complied with the requirements of LBR 9021-1(a)(2)(A). |
| 6 | |
| 7 | Presented by: |
| 8 | KILMER, VOORHEES & LAURICK, P.C. |
| 9 | |
| 10 | */s/ Alisa D. Hardy* <br> Alisa D. Hardy, OSB # 105886 |
| 11 | Kilmer, Voorhees & Laurick, P.C. <br> 732 NW 19th Avenue |
| 12 | Portland, OR 97209 <br> Phone No.: 503-224-0055 |
| 13 | Fax No.: 503-222-5290 <br> ahardy@kilmerlaw.com |
| 14 | Of Attorneys for Free Breeze Energy Systems, Ltd. <br> I:\10219\0001\Pleadings - Adversary\Order for Buck Depo By Written Question (revised).doc |
| 15 | |
| 16 | cc:  Ted A. Troutman, OSB # 844470 <br>       Troutman Law Firm, PC |
| 17 |       5075 SW Griffith Dr., Ste. 220 <br>       Beaverton, OR 97005 |
| 18 |       Phone: (503) 292-6788 <br>       Fax: (503) 596-2371 |
| 19 |       Email: tedtroutman@sbcglobal.net <br>             Of Attorneys for Debtor Henrik Norremark |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |

Page 2 - ORDER REGARDING MOTION TO TAKE DEPOSITION BY WRITTEN QUESTION

KILMER, VOORHEES & LAURICK, P.C.
A PROFESSIONAL CORPORATION
732 N.W. 19TH AVENUE
PORTLAND, OREGON 97209-1302
(503) 224-0055 · FAX (503) 222-5290