| 02/29/2016 | MONDAY | Judge Randall L. Dunn |
|---|---|---|
| 10:00  15-3081 rld ap | Free Breeze Energy Systems, Ltd. v. Norremark | |
| 14-35766 | Further Pre-Trial Conference | |
| | Free Breeze Energy Systems, Ltd. - JAMES P LAURICK Hardy | |
| | Henrik Norremark - dft    TED A TROUTMAN ✓ | |

Evidentiary Hearing:    Yes: ☐    No: ☐

- Parties want a Settlement Judge
- 1 Day trial 5/5/16 @ 9:00 Courtroom #3
- Submissions due April 21
- Final PTC 4/25 @ 11:00 via tel

Order to be prepared by:  ☐ Clerk's Office  ☐ Chamber  ☐ _____

**OD3 - Dismissal Order**
  #1 _____ Settled _____ (21) days.
  #2 _____ to Prepare Judgement/order _____ (21) days.
  #3 _____ No answer _____ (21) days.

**OFRCP - Rule 26 Order**
  #1 _____ Planning Conf. by __-__-__ / Conf. Report by __-__-__.
  #2 _____ Planning Conf. by __-__-__ / No report.
  #3 _____ Discovery can proceed.
  #4 _____ No Planning Conf./Initial disclosures by __-__-__.
  #5 _____ Discovery limited to _____.

Docket Entry:

Run Date:    02/29/16

Case 15-03081-rld    Doc 22    Filed 02/29/16